**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shea Homes Incorporated, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>James Crouch, *et al.*,<br><br>    Defendants. | No. CV-25-03884-PHX-JJT<br><br>**ORDER** |

At issue is Plaintiffs' Motion to Strike Defendants' Joint Answer and Reservation of Rights (Doc. 15), in which Plaintiffs contend that Defendants' Answer (Doc. 12) is a "blanket general denial" of Plaintiffs' allegations in the Complaint, which is violative of Federal Rule of Civil Procedure 8(b). Accordingly, Plaintiffs ask the Court to strike the Answer.

In response, Defendants filed an Amended Answer (Doc. 17) that attempts to address the Complaint's individual allegations more fully. Plaintiffs have now filed a Motion to Dismiss the counterclaims contained in the Amended Answer. (Doc. 18.) Because Defendants filed an Amended Answer, the Court will grant Plaintiffs' Motion to Strike Defendants' prior Answer (Doc. 12).

. . .

. . .

. . .

. . .

**IT IS THEREFORE ORDERED** granting Plaintiffs' Motion to Strike Defendants' Joint Answer and Reservation of Rights (Doc. 15) and striking Defendants' first Answer (Doc. 12).

Dated this 16th day of December, 2025.

                                   Honorable John J. Tuchi
                                   United States District Judge