**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shea Homes Incorporated, *et al.*, | No. CV-25-03884-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| James Crouch, *et al.*, | |
| Defendants. | |

At issue is Plaintiffs' Statement of Discovery Dispute and Request to File Motion to Compel (Doc. 36), to which Defendants, who appear *pro se* in this matter, declined to contribute within the requirements set by the Court in the Scheduling Order (Doc. 26). For good cause shown, the Court will grant Plaintiffs' request to file a Motion to Compel on an expedited briefing schedule. The Motion shall detail the allegedly inadequate and altered discovery request responses.

**IT IS THEREFORE ORDERED** granting Plaintiffs' Request to File Motion to Compel (Doc. 36).

**IT IS FURTHER ORDERED** that Plaintiffs shall file a Motion to Compel by **May 27, 2026**. Defendants shall file a Response by **June 3, 2026**, and Plaintiffs may file a Reply by **June 8, 2026**. The briefing shall be within the page limits set by the Local Rules.

Dated this 20th day of May, 2026.

_____
Honorable John J. Tuchi
United States District Judge