# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shea Homes Incorporated, *et al.*, | No. CV-25-03884-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| James Crouch, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Motion to Compel (Doc. 43). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** setting Hearing re: Plaintiff's Motion to Compel (Doc. 43) on **August 11, 2026, at 2:00 PM** (Arizona time) in Courtroom 505, 401 W. Washington Street, Phoenix, AZ  85003 before Judge John J. Tuchi.

Dated this 3rd day of August, 2026.

Honorable John J. Tuchi
United States District Judge