**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shea Homes Incorporated, *et al.*, | No. CV-25-03884-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| James Crouch, *et al.*, | |
| Defendants. | |

On August 11, 2026, the Court held a hearing to address Plaintiffs' Motion to Compel Discovery Responses and Determine Sufficiency of Answers to Requests for Admission and associated briefing (Docs. 43, 44, 47, 50). After full discussion with counsel for all parties,

**IT IS ORDERED** granting the Motion (Doc. 43).

**IT IS FURTHER ORDERED** that Defendants shall have until October 6, 2026, to address the deficiencies in their responses to Plaintiffs' Interrogatories, Requests for Admission and Requests for Production as set forth in Plaintiffs' Motion, Supporting Statement and Reply (Docs. 43, 44, 47) and discussed at length at the hearing.

**IT IS FURTHER ORDERED** extending the parties' Rule 26(a)(2) disclosures of expert witnesses, their opinions and the bases for those opinions from 8/14/26 to 10/16/26.

**IT IS FURTHER ORDERED** extending the parties' Rule 26(a)(2) disclosures of rebuttal expert witnesses, their opinions and the bases for those opinions from 9/11/26 to 11/13/26.

**IT IS FURTHER ORDERED** extending closure of expert/all discovery from 10/30/26 to 11/27/26.

**IT IS FURTHER ORDERED** extending the parties' exchange of witnesses, exhibits and other matters from 10/16/26 to 11/27/26. The Court will alter no other deadlines at this time.

**IT IS FURTHER ORDERED** deferring until the conclusion of discovery in this matter the issue of monetary sanctions pursuant to Fed. R. Civ. P. 37(a)(5)(A) until after discovery is concluded in this matter.

Dated this 13th day of August, 2026.

_____
Honorable John J. Tuchi
United States District Judge