# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shea Homes Incorporated, *et al.*, | No. CV-25-03884-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| James Crouch, *et al.*, | |
| Defendants. | |

The Court has reviewed and considered Plaintiffs' Motion for Service of Deposition Subpoena by Alternate Means on Michele Agrusa and for Leave to Take Deposition After Close of Fact Discovery (Doc. 57). Good cause appearing, both as stated in the Motion and in light of the August 11, 2026 Motion to Comple hearing affecting the discovery schedule in this matter,

**IT IS ORDERED** granting Plaintiffs' Motion (Doc. 57). The Court authorizes Plaintiffs to serve Michele Agrusa with a deposition subpoena by alternative means, specifically by email.

**IT IS FURTHER ORDERED** permitting Plaintiffs to conduct Ms. Agrusa's deposition after the original July 17, 2026, fact discovery deadline.

Dated this 13th day of August, 2026.

Honorable John J. Tuchi
United States District Judge